DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JONATHAN BOMBART,** as Personal Representative of the **ESTATE OF LOUIS BOMBART,**
Appellant,

v.

**ALLEN BOMBART** and **FELICE BOMBART,**
Appellees.

No. 4D21-2698

[May 19, 2022]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; James Martz, Judge; L.T. Case No. 50-2016-CP-002685-XXXX-SB.

William F. Rhodes of William F. Rhodes, P.A., Miami, for appellant.

Anthony Murphy of Jermaine O'Neill Thompson, P.A., Oakland Park, for appellee Allen Bombart.

Daniel Doorakian of Katz & Doorakian Law Firm, P.L., West Palm Beach, for appellee Felice Bombart.

PER CURIAM.

*Affirmed.*

CONNER, C.J., DAMOORGIAN and CIKLIN, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***